UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re CAMBREX CORP. SECURITIES LITIGATION | Master File No. 2:03cv04896 |
| | CLASS ACTION |
| This Document Relates To: | Judge Peter G. Sheridan |
| | Magistrate Judge Esther Salas |
| ALL ACTIONS. | DATE: May 5, 2008 |
| | TIME: 3:30 p.m. |
| | COURTROOM: The Honorable Peter G. Sheridan |

ORDER AWARDING PLAINTIFF'S COUNSEL'S ATTORNEY FEES AND EXPENSES

This matter having come before the Court on May 5, 2008, on the application of Lead Counsel and Liaison Counsel for an award of attorney fees and expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of September 28, 2007 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court finds that the amount of fees requested is appropriate and is fair and reasonable under the "percentage-of-recovery" method, the factors set forth in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190 (3d Cir. 2000), and when cross-checked under the lodestar/multiplier method, given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. More particularly, the Court finds that Lead Counsel and Liaison Counsel committed over 4,700 hours to the prosecution of this matter over a four year period with a resulting

lodestar of approximately $2.1 million – an amount that substantially exceeds the fee requested.

4. The Court hereby awards Lead Counsel and Liaison Counsel attorney fees of 20% of the Settlement Fund plus expenses in the amount of $494,729.85, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

5. The fees shall be allocated by Lead Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such plaintiff's counsel's contribution to the institution, prosecution and resolution of the Litigation.

6. The awarded attorney fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: 5/15/09              _____
                            THE HONORABLE PETER G. SHERIDAN
                            UNITED STATES DISTRICT JUDGE

S:\Settlement\Cambrex.set\ORDER FEE 00050238.doc